**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| **DAVID PETERSON, JON BROOKS, ANNA BURNS, JOHN DOE #1 AND JANE DOE #2,** and **SNL WORKFORCE FREEDOM ALLIANCE,** | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) **Case No.: 2:21-cv-00256-Z**<br>) |
| v. | ) |
| **NATIONAL TECHNOLOGY AND ENGINEERING SOLUTIONS OF SANDIA, LLC d/b/a SANDIA NATIONAL LABORATORIES, HONEYWELL INTERNATIONAL, INC., and JAMES S. PEERY,** Director of Sandia National Laboratories, in his official capacity, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**SUMMONS IN A CIVIL ACTION**

**TO:   JAMES S. PEERY,** Director of Sandia National Laboratories, in his official capacity

Corporation Service Company MC-CSC1
726 East Michigan Drive, Suite 101
Hobbs, NM 88240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Warren Norred**
**515 E. Border Street**
**Arlington, TX 76010**

**N. Ana Garner**
**Garner Law Firm**
**206 W. Main St.**
**Farmington, NM 87401**

**Jonathan Diener**
**P.O. Box 27**
**Mule Creek, NM 88051**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                              CLERK OF COURT

                                              _____

Date                                             Signature of Clerk or Deputy Clerk