Exceptional service in the national interest


Sandia National Laboratories

# SPECIAL ANNOUNCEMENT

December 8, 2021

## Proof of COVID-19 vaccination required

Because Sandia remains committed to providing a safe and secure workplace, members of the workforce should be prepared to comply with the Jan. 18, 2022, vaccine deadline. Management is aware of yesterday's temporary court-ordered pause on the vaccine mandate related to federal contractors, but because the litigation is in early stages, Sandia will plan to comply with all guidance and requirements published by the Safer Federal Workforce Task Force.

To comply with the task force's requirements, all employees who were not fully vaccinated by Sandia Medical must submit proof of their COVID-19 vaccination. This requirement applies to regular and limited-term employees, interns and postdocs who received one or both of their original vaccines from an off-site provider. It does not apply to staff augmentation, PO contractors and visitors.

To meet the requirement, visit vaccineproof.sandia.gov, select one of the options shown and follow the instructions.

Proof of vaccination must be submitted no later than Jan. 4, but employees are strongly encouraged to submit their documentation before the winter shutdown period begins Dec. 27. Nonexempt employees should not submit their proof of vaccination during winter shutdown, as charging overtime or flextime for providing proof is not approved during winter shutdown.

Employees who received both doses of the Moderna or Pfizer vaccines from Sandia Medical will receive a confirmation email from Sandia Communications today, Dec. 8, indicating that their proof of vaccination has been verified. Those employees do not need to submit proof of vaccination. Those who do not receive a confirmation email and were fully vaccinated by Sandia Medical should upload their documentation using the vaccineproof.sandia.gov site.

Failure to submit proof of vaccination by the Jan. 4, 2022, deadline will lead to discipline up to and including termination.

More information is available on the Sandia COVID-19 site. Questions to questions@sandia.gov.

© 2021 Sandia National Laboratories

NewsCenter | Inside | Sandia.gov (public) | Lab News Online

Developed by Corporate Web Design & Development.

For technical assistance contact CCHD.

EXHIBIT 1 - Brief Requested 3 Issues