# U.S. District Court
## Northern District of Texas (Amarillo)
## CIVIL DOCKET FOR CASE #: 2:21–cv–00256–Z

SNL Workforce Freedom Alliance et al v. National Technology and Engineering Solutions of Sandia LLC et al
Assigned to: Judge Matthew J. Kacsmaryk
Cause: 28:1343 Violation of Civil Rights

Date Filed: 12/22/2021
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**SNL Workforce Freedom Alliance**  represented by **Warren V Norred**
Norred Law PLLC
515 E Border Street
Arlington, TX 76010
817–704–3984
Fax: 817–524–6686
Email: warren@norredlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jonathan Diener**
PO Box 27
Mule Creek, NM 88051
575–535–2760
*Bar Status: Not Admitted*

**N Ana Garner**
Garner Law Firm
206 W Main
Farmington, NM 87401
505–930–5170
Fax: 866–833–3180
Email: garnerlaw@yahoo.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**David Peterson**  represented by **Warren V Norred**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jonathan Diener**
(See above for address)
*Bar Status: Not Admitted*

**N Ana Garner**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Jon Brooks**  represented by  **Warren V Norred**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jonathan Diener**
(See above for address)
*Bar Status: Not Admitted*

**N Ana Garner**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Anna Burns**  represented by  **Warren V Norred**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jonathan Diener**
(See above for address)
*Bar Status: Not Admitted*

**N Ana Garner**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**John Doe**  represented by  **Warren V Norred**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jonathan Diener**
(See above for address)
*Bar Status: Not Admitted*

**N Ana Garner**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

| | | |
|---|---|---|
| **Jane Doe** | represented by | **Warren V Norred** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Admitted/In Good Standing* |
| | | |
| | | **Jonathan Diener** |
| | | (See above for address) |
| | | *Bar Status: Not Admitted* |
| | | |
| | | **N Ana Garner** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Not Admitted* |

V.

**Defendant**

**National Technology and Engineering Solutions of Sandia LLC**
*doing business as*
Sandia Nat'l Laboratories

**Defendant**

**Honeywell International Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2021 | Ï 1 | COMPLAINT and REQUEST FOR INJUNCTIVE RELIEF against All Defendants filed by Jane Doe, David Peterson, Anna Burns, Sandia Workforce Freedom Alliance, John Doe, Honeywell Inter'l, Inc.. (Filing fee $402; Receipt number 0539–12474503) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s)) (Norred, Warren) Modified title on 12/22/2021 (daa). (Entered: 12/22/2021) |
| 12/22/2021 | Ï 2 | MOTION for Temporary Restraining Order filed by Sandia Workforce Freedom Alliance with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Proposed Order) (Norred, Warren) (Entered: 12/22/2021) |
| 12/22/2021 | Ï 3 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Reno). Clerk to provide copy to plaintiff if not received electronically. (daa) (Entered: 12/22/2021) |
| 12/22/2021 | Ï 4 | Summons Issued as to Honeywell Internat'l Inc, National Technology and Engineering Solutions of Sandia LLC. (daa) (Entered: 12/22/2021) |
| 12/22/2021 | Ï 5 | |

| | | |
|---|---|---|
| | | ADDITIONAL ATTACHMENTS to 1 Complaint,,,,, by Plaintiffs Jon Brooks, Anna Burns, Jane Doe, John Doe, David Peterson, SNL Workforce Freedom Alliance. (Norred, Warren) (Entered: 12/22/2021) |
| 12/23/2021 | Ï 6 | NOTICE of *Injunction Issued by GA District Court* filed by SNL Workforce Freedom Alliance, David Peterson, John Doe, Jane Doe, Anna Burns, Jon Brooks (Norred, Warren) Modified filers on 12/27/2021 (awc). (Entered: 12/23/2021) |
| 12/27/2021 | Ï 7 | ORDER: The Court ORDERS Plaintiffs to file the brief on or before December 28, 2021 at 5:00 p.m. CST. (Ordered by Judge Matthew J. Kacsmaryk on 12/27/2021) (nhp) (Entered: 12/27/2021) |
| 12/27/2021 | Ï 8 | Request for Clerk to issue Summons filed by SNL Workforce Freedom Alliance. (Garner, N) (Entered: 12/27/2021) |
| 12/28/2021 | Ï 9 | Brief/Memorandum in Support filed by Jon Brooks re 7 Order Setting Deadline/Hearing *Brief – 3 Issues* (Attachments: # 1 Exhibit 1 – Brief – 3 Issues) (Garner, N) (Entered: 12/28/2021) |
| 12/30/2021 | Ï 10 | ORDER TRANSFERRING CASE TO DISTRICT OF NEW MEXICO (Ordered by Judge Matthew J. Kacsmaryk on 12/30/2021) (daa) (Entered: 12/30/2021) |