AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

SNL Workforce Freedom Alliance, et al
*Plaintiff*

v.                                                       Civil Action No. 2:21-cv-00256-Z

National Technology and Engineering Solutions of Sandia LLC, et al
*Defendant*

**Summons in a Civil Action**

TO: Honeywell Internat'l Inc

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Warren Norred
515 E Border Street
Arlington , TX 76010

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 12/22/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00256-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Honeywell Internat'l Inc.__
was received by me on (date) __12-27-2021__.

☒ I personally served the summons on the individual at (place) __Corporation Service Company, LLC__
__to Louanne Soto, Legal Assistant__ on (date) __01-03-2022__ ; or
__at 100 E. Broadway, Hobbs, NM 88240__

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated
by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __01-03-2022__

Server's signature

__Johnny Rivas, PI__
Printed name and title

__6127 N. Davis Lane, Hobbs, NM 88242__
Server's address

Additional information regarding attempted service, etc: