IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID PETERSON, JON BROOKS, ANNA )
BURNS, JOHN DOE #1 AND JANE DOE #2, )
and SNL WORKFORCE FREEDOM )
ALLIANCE, )
                                    )
                                    )          Case No.:1:21-cv-0001-
            Plaintiffs,             )          KWR-SCY
                                    )
    v.                              )
                                    )
NATIONAL TECHNOLOGY AND             )
ENGINEERING SOLUTIONS OF SANDIA,    )
LLC d/b/a SANDIA NATIONAL           )
LABORATORIES, and HONEYWELL         )
INTERNATIONAL, INC.,                )          CERTIFICATE OF
                                    )          SERVICE OF ORDER
                                    )
            Defendants.             )

Johnny Rivas, process server in Hobbs, New Mexico states that he personally served two copies of the Order Denying Emergency TRO on the Registered Agent for National Technology and Engineering Solutions of Sandia, LLC and Honeywell International, Inc. on January 4th, 2021, at the following address: Corporation Service Company MC-CSC1

726 East Michigan Drive, Suite 101

Hobbs, NM 88240.

As shown by the Return of Service, I served two copies of the Complaint and Summons to the same registered agent for Defendants on January 3, 2021, along with the Motion for Emergency TRO.

_____
Johnny Rivas, Process Server