IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SNL WORKFORCE FREEDOM ALLIANCE, DAVID PETERSON, JON BROOKS, ANNA BURNS, JOHN DOE #1, JANE DOE #1,<br><br>  Plaintiffs,<br><br>v.<br><br>NATIONAL TECHNOLOGY AND ENGINEERING SOLUTIONS OF SANDIA LLC d/b/a SANDIA NAT'L LABORATORIES, HONEYWELL INTERNAT'L, INC.,<br><br>  Defendants. | Case No. 1:22-cv-00001-KWR-SCY |

## HONEYWELL INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Honeywell International, Inc. hereby certifies that Honeywell International, Inc., incorporated in Delaware, has no parent corporation and there is no publicly held corporation that owns 10% or more of Honeywell International, Inc.'s stock.

Dated: January 18, 2022

Respectfully submitted,

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: /s/ Sara N. Sanchez
Sara N. Sanchez
Rebekah A. Gallegos
20 First Plaza, Suite 725
Albuquerque, New Mexico 87102
Tel:   (505) 247-4800
Fax:   (505) 243-6458
Email:  ssanchez@peiferlaw.com
        rgallegos@peiferlaw.com

and

Thomas Cullen Wallace
MORGAN, LEWIS & BOCIUS, LLP
1000 Louisiana St., Suite 4000
Houston, Texas  77002-5006
Tel:  (713) 890-5722
Fax:  (713)  890-5001
Email:  cullen.wallace@morganlewis.com

*Attorneys for Defendant Honeywell International, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 18th day of January, 2022, I filed the foregoing electronically through the CM/ECF system, which caused all counsel or record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

N. Ana Garner
Garner Law Firm
206 W. Main
Farmington, New Mexico  87401
Telephone:  (505) 930-5170
Garnerlaw@yahoo.com

Warren V. Norred
Norred Law, PLLC
515 E. Border St.
Arlington, Texas  76010
Telephone:  (817) 704-3984
wnorred@norredlaw.com

Jonathan Diener
Attorney at Law
Post Office Box 27
Mule Creek, New Mexico  88051
Telephone:  (575) 535-2760
jonmdiener@gmail.com

PEIFER, HANSON, MULLINS & BAKER, P.A.

By:  */s/ Sara N. Sanchez*
        Sara N. Sanchez