IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **SNL WORKFORCE FREEDOM ALLIANCE**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**NATIONAL TECHNOLOGY AND ENGINEERING SOLUTIONS OF SANDIA LLC d/b/a SANDIA NAT'L LABORATORIES**, *et al.*,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§   Case No. 1:22-cv-00001-KWR-SCY<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### DECLARATION OF DAVID JOHNSON

I, David (DJ) Johnson, hereby declare:

1. I am the Vice President / General Manager, Honeywell Federal Solutions for Honeywell International, Inc. ("Honeywell"). I make this declaration in support of Honeywell's Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3). The facts set forth in this declaration I know to be true of my own personal knowledge and upon information and belief. If called to testify in this matter, I could and would competently testify to the matters set forth in this declaration.

2. I have held the position of Vice President / General Manager, Honeywell Federal Solutions for approximately three and a half years, and I have worked for Honeywell in various positions for more than fourteen years. In my current role, among other things, I am directly responsible for overseeing Honeywell's subsidiaries' U.S. Government Management & Operating (M&O) contracts and effectively serve as a liaison between Honeywell, its subsidiaries with M&O contracts, federal customers, and industry partners.

**EXHIBIT A**

3. Honeywell is a Delaware corporation with its principal place of business and headquarters in Charlotte, North Carolina. Honeywell operates nationally and invents and commercializes technologies that address some of the world's most critical challenges around energy, safety, security, air travel, productivity and global urbanization. Honeywell offers both physical and software products, including aerospace products and services, energy efficient products and solutions for businesses, specialty chemicals, electronic and advanced materials, process technology for refining and petrochemicals, and productivity, sensing, safety and security technologies for buildings and industries.

4. In 2016, Honeywell established National Technology and Engineering Solutions of Sandia, LLC ("NTESS") as a wholly-owned subsidiary. NTESS is currently headquartered in Albuquerque, New Mexico and organized under the laws of the state of Delaware. NTESS bid for a contract with the National Nuclear Security Administration to manage and operate Sandia National Laboratories, a Federally Funded Research and Development Center and the nation's premier science and engineering laboratory for national security and technology innovation.

5. Honeywell and NTESS are separate corporate entities. Since its inception, NTESS has operated independently from Honeywell. For example, Honeywell and NTESS's financials are completely separate and distinct. Honeywell and NTESS maintain their own separate bank accounts and do not comingle funds. Honeywell's filings with the Securities and Exchange Commission refer to NTESS as a subsidiary rather than as a department or division of Honeywell. Honeywell and NTESS have separate accounting systems and Honeywell does not pay any salaries or other expenses or losses of NTESS as NTESS is sufficiently capitalized on its own to pay its bills or other debts.

6. Honeywell and NTESS each maintain their own separate workforces and separate headquarters. Honeywell and NTESS maintain separate payroll records for their respective employees, pay taxes separately, and process payroll separately. Honeywell and NTESS do not share any employees, do not share any common officers or directors, and no Honeywell employee works at any NTESS location. Honeywell does not use any NTESS property as its own because NTESS does not own property, and Honeywell does not maintain any operations on SNL property. NTESS has its own management team that runs its day-to-day operations, including marketing, account management, administrative services, accounting, project management, human resources, and others. Honeywell is not a party to the contracts that NTESS enters into with its customers, does not negotiate the contracts, and does not dictate the terms of the contracts, and NTESS does not provide any services to Honeywell whatsoever.

7. While some Honeywell employees, including Rebecca Sidelinger, Chase Carpenter, David "DJ" Johnson, Evan van Hook, and Harriet Mountcastle-Walsh, serve on NTESS's Board of Managers, other individuals who are not affiliated with Honeywell, including Ambassador Linton F. Brooks, General Kevin Chilton, Ambassador Joseph R. DeTrani, John R. Longenecker, John C. Mester, and the Honorable Franklin C. Miller, also serve on NTESS's Board of Managers and make up its majority. The Honeywell affiliated members of NTESS's Board of Managers wear separate "hats" when performing tasks for each corporation. For example, when in my Honeywell role, I serve as the primary interface with federal customers and industry partners to lead integration of Honeywell-affiliated sites. As a member of NTESS's Board of Managers, I focus on providing governance leadership to NTESS. No NTESS employees or members of its Board of Managers serve on Honeywell's Board of Directors.

8. Honeywell and NTESS maintain separate corporate records. NTESS has its own Articles of Organization as an LLC, and has its own bylaws, meeting minutes, tax returns, accounting records, bank statements, and human resource files. NTESS also maintains and implements its own company policies and handbooks, which are distributed by its own Human Resources department. NTESS has complete discretion in making personnel decisions, including decisions for hiring, firing, disciplining, setting the work hours, evaluating performance, and making decisions concerning safety and other employee policies or requirements.

9. With respect to NTESS's vaccine, masking, and testing requirements, which are the subject of this lawsuit, Honeywell did not direct NTESS to implement its COVID-19 vaccine policy nor otherwise attempt to influence NTESS's decision to implement the policy. Moreover, Honeywell did not direct or otherwise make any suggestions about how NTESS should implement its COVID-19 vaccination requirement, including, for example, whether to grant exemptions from the requirement or the criteria for granting exemptions, or the consequences for NTESS employees' failure to comply with the requirement.

10. Honeywell does not employ any of the named Plaintiffs in this case. The named Plaintiffs and any alleged members of Sandia Workforce Freedom Alliance ("SWFA") report or reported directly to NTESS or its affiliates, not to anyone at Honeywell. The named Plaintiffs and alleged members of SWFA were not paid by Honeywell, did not work at its offices, were not subject to Honeywell's employee handbook and policies, and did not perform work that was part of Honeywell's regular business operations. NTESS had complete discretion in making all personnel decisions such as hiring, setting work hours, disciplining, and terminating its employees—including Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __January 18, 2022 | 3:58:49 PM EST__.

> DocuSigned by:
> *David Johnson*
> 29A6D0CFE68F430...

David Johnson

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 0D732C745A5A4DAA824E69A9C102A219 | | Status: Completed |
| Subject: Please DocuSign: Declaration in Support of Motion to Dismiss (SNL - Honeywell) | | |
| Source Envelope: | | |
| Document Pages: 5 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | IAN WRIGHT |
| AutoNav: Enabled | | 1701 Market Street |
| EnvelopeId Stamping: Enabled | | Philadelphia, PA  19103 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | ian.wright@morganlewis.com |
| | | IP Address: 205.196.206.14 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>          1/18/2022 11:08:15 AM | Holder: IAN WRIGHT<br>ian.wright@morganlewis.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| David Johnson<br>David.C.Johnson@honeywell.com<br>VP/GM HFS-GBE<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*David Johnson*<br>—29A6D0CFE68F430...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 199.64.6.93 | Sent: 1/18/2022 11:20:44 AM<br>Viewed: 1/18/2022 3:57:30 PM<br>Signed: 1/18/2022 3:58:49 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 1/18/2022 3:57:30 PM<br>    ID: 5f492f00-ad7c-452a-9d1b-de7bf984475a | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/18/2022 11:20:44 AM |
| Certified Delivered | Security Checked | 1/18/2022 3:57:30 PM |
| Signing Complete | Security Checked | 1/18/2022 3:58:49 PM |
| Completed | Security Checked | 1/18/2022 3:58:49 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Morgan, Lewis & Bockius LLP (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Morgan, Lewis & Bockius LLP:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: brianne.aul@morganlewis.com

**To advise Morgan, Lewis & Bockius LLP of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at brianne.aul@morganlewis.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Morgan, Lewis & Bockius LLP**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to brianne.aul@morganlewis.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Morgan, Lewis & Bockius LLP**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to brianne.aul@morganlewis.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Morgan, Lewis & Bockius LLP as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Morgan, Lewis & Bockius LLP during the course of your relationship with Morgan, Lewis & Bockius LLP.