IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SNL WORKFORCE FREEDOM
ALLIANCE, DAVID PETERSON, JON
BROOKS, ANNA BURNS, JOHN DOE
#1, JANE DOE #1,

      Plaintiffs,

v.                                    Case No. 1:22-cv-00001-KWR-SCY

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF
SANDIA LLC d/b/a SANDIA NAT'L
LABORATORIES, HONEYWELL
INTERNAT'L, INC.,

      Defendants.

### NTESS'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant National Technology and Engineering Solutions of Sandia, LLC ("NTESS LLC") submits its Corporate Disclosure Statement. NTESS LLC is a wholly-owned subsidiary of Honeywell International, Inc., a publicly-traded corporation.

NTESS, LLC manages and operates Sandia National Laboratories, a Government-owned Federally Funded Research and Development Center, under a contract with the United States Department of Energy's National Nuclear Security Administration.

1

Respectfully submitted,

By /s/ *Cindy Lovato-Farmer*
    Cindy Lovato-Farmer
National Technology & Engineering Solutions of Sandia, LLC, d/b/a Sandia National Laboratories
1515 Eubank SE
Mail Stop 0141
Albuquerque, New Mexico 87123-0141
Tel: (505) 284-5284;  Fax: (505) 844-2363
cinlova@sandia.gov

and

Michael D. Weil (pro hac vice application pending)
Andrea Fellion (pro hac vice application pending)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
michael.weil@morganlewis.com

**Counsel for Defendant NTESS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means:

N. Ana Garner
Attorney for Plaintiffs
206 W. Main St.
Farmington, NM 87401
(505) 930-5170/(505)235-3302
Garnerlaw@yahoo.com

Jonathan Diener
Attorney for Plaintiffs
P.O. Box 27
Mule Creek, NM 88051
(575) 535-2760
jonmdiener@gmail.com

Warren V. Norred
Attorney for Plaintiffs
515 E. Border St., Arlington, Texas 76010
T (817) 704-3984, F (817) 524-6686
wnorred@norredlaw.com

                                                */s/ Cindy Lovato-Farmer*
                                                Cindy Lovato-Farmer