**From:** Sandia Communications <SandiaCommunications@sandia.gov>
**Sent:** Monday, November 29, 2021 6:41 PM
**To:** (REDACTED)
**Subject:** Updates on COVID-19 Vaccination Mandates



## Updates on COVID-19 Vaccination Mandate

Updating the Attestation Tool is an important step to document a change to your COVID-19 vaccination status. If your status has changed recently and you have not updated your information in the Attestation Tool, please do so.

To comply with the federal requirements published by the Safer Federal Workforce Task Force, which include a COVID-19 vaccination mandate, all Sandia members of the workforce and embedded subcontractors must be fully vaccinated by **Tuesday, Jan. 18, 2022**, unless they have received an accommodation approval or have an accommodation request in progress. The vaccine mandate also applies to all virtual workers and telecommuters.

As a result, Jan. 4, 2022, is a key date for unvaccinated personnel. To meet the Jan. 18 federal mandate, staff who choose the Moderna vaccine must have received their first shot no later than Dec. 7 to be eligible to have their second shot by Jan. 4.

For the FDA-approved Pfizer vaccine, the first shot should be received no later than Dec. 14, with the second shot three weeks later on Jan. 4. For the one-series Johnson & Johnson-Janssen vaccine, everyone needs their shots by Jan. 4.

As a reminder, the Sandia Medical Clinic in Albuquerque is offering COVID-19 Moderna and Pfizer vaccines to employees needing their first or second shots.

To schedule a vaccine appointment at the Sandia Medical Clinic in Albuquerque, call 505-284-4700, and select option 1. Vaccines administered by Sandia are not available at Sandia's other sites. Everyone can use VaccineFinder (CDC) to obtain convenient local vaccination appointments for the desired vaccine type.

**Resources**

EXHIBIT 3

Questions? Contact HR Solutions or call 505-284-4700.

Human Resources personnel at Sandia National Laboratories
provide support to all Sandia National Laboratories employees.

Sandia's ExITS process has approved the use of this cloud-based product. See exits.sandia.gov for more information.

© 2021 National Technology and Engineering Solutions of Sandia, LLC
Disclaimer | Privacy & Security


