IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| SNL WORKFORCE FREEDOM ALLIANCE, | ) | |
| DAVID PETERSON, JON BROOKS, ANNA | ) | |
| BURNS, JOHN DOE #1, JANE DOE #2, | ) | |
| RICKY ALLEN FERGUSON, | ) | Case No. 1:22-cv-00001-KWR-SCY |
|     Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL TECHNOLOGY AND | ) | |
| ENGINEERING SOLUTIONS OF SANDIA, | ) | |
| LLC d/b/a SANDIA NAT'L LABORATORIES, | ) | |
| HONEYWELL INTERNAT'L, INC. | ) | |
|     Defendants. | ) | |

**DECLARATION OF ATTORNEY N. ANA GARNER IN SUPPORT OF RESPONSE TO HONEYWELL MOTION**

N. Ana Garner makes the following Declaration:

1. I, N. Ana Garner, Attorney at Law, make this Declaration based on my personal knowledge. I, along with Jonathan Diener and Warren Norrad, represent the Plaintiffs in this matter.

2. Defendant Honeywell International, Inc. (Honeywell) submitted a Motion to Dismiss along with a Declaration by David Johnson.

3. This converted the motion to a motion for Summary Judgment.

4. Nonmovant, plaintiffs, do not have sufficient information to rebut the affidavit without discovery. Discovery is needed on facts relevant to the theories outlined in Plaintiff's Response Brief, including but not limited to matters relating to financial dealings, contracts, Board members of each company at various times, correspondence/communications between the two companies relevant to the lawsuit, and factors related to the "single employer" theory. This is not an exhaustive list but given as a general description of the type of discovery needed.

5. Plaintiffs' attorneys anticipate needing six months to complete the discovery, beginning with interrogatories, and perhaps requiring deposition testimony of Mr. Johnson, and/or other representatives of Honeywell and Sandia National Labs.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 1st day of March, 2022.

*/s/ N. Ana Garner electronic signature*  
N. Ana Garner, Attorney for Plaintiffs