| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 3 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0128 | See Block 16C | | |

| 6. ISSUED BY | CODE 892332 | 7. ADMINISTERED BY (If other than Item 6) | CODE 05005 |
|---|---|---|---|
| NNSA M&O Contracting Branch<br>NA-APM-131<br>Albuquerque Complex<br>P.O. Box 5400<br>Albuerque NM 87185-5400 | | NNSA Sandia Field OFC<br>NA-00-SN<br>Sandia Field Office (MS 0184)<br>P.O. Box 5400<br>Albuquerque NM 87185-5400 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | |
|---|---|---|
| National Technology & Engineering Solutions of Sandia, LLC<br>Attn: Kelly Westlake<br>1515 EUBANK BLVD. SE<br>P.O. BOX 5800, MS-0180, 87185-0180<br>ALBUQUERQUE NM 871850180 | | 9A. AMENDMENT OF SOLICITATION NO.<br><br>9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DE-NA0003525 |
| CODE 007113228   FACILITY CODE | | 10B. DATED (SEE ITEM 13)<br>12/16/2016 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |
| X | Clause H-14, DEAR 970.5204-2, and E.O. 14042 |

E. IMPORTANT: Contractor ☒ is not ☐ is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

See page 2.
Payment:
Period of Performance: 01/18/2017 to 04/30/2022

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Maria D. Trujillo |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br><br>**Maria D. Trujillo** Digitally signed by Maria D. Trujillo<br>Date: 2021.10.14 15:34:55 -06'00'<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

**EXHIBIT B**

National Technology & Engineering Solutions of Sandia, LLC<br>
Contract No.  DE-NA0003525<br>
Modification No. 0128<br>
Page 2 of 2

**1. PURPOSE**

The purpose of this modification is to add Clause I-36 *FAR 52.223-99 Ensuring Adequate COVID-19 Safety Protocols for Federal Contractors (OCT 2021)(DEVIATION)* and Department of Energy (DOE) Order 350.5 *COVID Safety Protocols for Federal Contractors* to Section J, Appendix B, *List of Applicable Directives* to implement Executive Order 14042, *Ensuring Adequate COVID Safety Protocols for Federal Contractors*.

**2. CHANGES TO THE CONTRACT:  The changes to the contract are as follows:**

    a.  PART II - CONTRACT CLAUSES, SECTION I – CONTRACT CLAUSES, clause I-36 is hereby added as follows:

    **I-36 FAR 52.223-99 Ensuring Adequate COVID-19 Safety Protocols for Federal Contractors (OCT 2021) (DEVIATION)**

    (a) *Definition*. As used in this clause -

*United States or its outlying areas* means—

    (1) The fifty States;

    (2) The District of Columbia;

    (3) The commonwealths of Puerto Rico and the Northern Mariana Islands;

    (4) The territories of American Samoa, Guam, and the United States Virgin Islands; and

    (5) The minor outlying islands of Baker Island, Howland Island, Jarvis Island, Johnston Atoll, Kingman Reef, Midway Islands, Navassa Island, Palmyra Atoll, and Wake Atoll.

    (b) *Authority*. This clause implements Executive Order 14042, Ensuring Adequate COVID Safety Protocols for Federal Contractors, dated September 9, 2021 (published in the Federal Register on September 14, 2021, 86 FR 50985).

    (c) *Compliance*. The Contractor shall comply with all guidance, including guidance conveyed through Frequently Asked Questions, as amended during the performance of this contract, for contractor workplace locations published by the Safer Federal Workforce Task Force (Task Force Guidance) at https://www.saferfederalworkforce.gov/downloads/Draft%20contractor%20guidance%20doc_20210922.pdf.

Page 2



  (d) *Subcontracts*. The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts at any tier that exceed the simplified acquisition threshold, as defined in Federal Acquisition Regulation 2.101 on the date of subcontract award, and are for services, including construction, performed in whole or in part within the United States or its outlying areas.

(End of Clause)

  b.  PART III - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS. Section J, Appendix B, *List of Applicable Directives* is replaced in its entirety with Attachment 1.

**EXHIBIT B**