**From:** Sandia Communications <comms@sandia.gov>
**Sent:** Wednesday, January 5, 2022 11:04 AM
**Subject:** Sandia pauses enforcement of vaccine mandate

*Having trouble reading this email? View it in your browser.*

*Exceptional service in the national interest*  Sandia National Laboratories

# SPECIAL ANNOUNCEMENT

January 5, 2022

## Sandia pauses enforcement of vaccine mandate

Safety of the workplace remains Sandia's priority as surges in COVID-19 cases continue in New Mexico, California and across the nation. However, because the Executive Order requiring a vaccine mandate for federal contractors is still being litigated in the appellate courts, Sandia is pausing its enforcement of the mandate. Therefore, the discipline process for those employees who are unvaccinated and processing of religious and medical accommodations are on hold.

Despite the pause in enforcing a vaccination mandate, Sandia continues to encourage the small percentage of employees who remain unvaccinated to become fully vaccinated to create a safer workplace at the Labs and help deter community spread. COVID vaccines are proven to mitigate the risk of serious illness, hospitalizations and deaths.

Because the legal proceedings related to the Executive Order vaccine mandate have been expedited, it is important to understand that if the order is reinstated, the mandate would apply and will be immediately enforced for all employees.

The recent national surge in cases brought about by the highly contagious delta and omicron variants has underscored the need for continued safety practices, including



EXHIBIT C

vaccines and boosters, to mitigate the spread and reduce the severity of breakthrough cases.

### Testing required for unvaccinated employees and available for vaccinated personnel

To maintain a safe on-site working environment, Sandia Employee Health Services in New Mexico and California will begin serial and voluntary testing programs beginning Jan. 18. All unvaccinated employees who come on-site will be required to be tested at least weekly. Tests also will be available for vaccinated employees who are symptomatic. Contact Sandia Employee Health Services at 505-284-4700 (New Mexico) or 925-294-2700 (California) to arrange a test. Sandia may adapt its testing protocols based on worker safety, mission need and COVID test availability.

Any unvaccinated employee who is not part of the serial testing program but has to come on-site must be tested prior to entering a Sandia site. In addition, business travel for unvaccinated personnel is discouraged and still requires division leadership approval.

Regardless of vaccination status, workforce members should continue to follow Sandia's on-site COVID-19-safe protocols to ensure the safety of all:

- Wear face coverings while in a shared government vehicle or while indoors unless you are alone in an office with the door closed.
- Continue to practice physical distancing.
- Limit attendance for in-person meetings and use Microsoft Teams, even while on-site.

### Update vaccination status and provide proof

Employees should update their status in the attestation tool to ensure the correct protocols are assigned. "I decline to respond" will be considered as unvaccinated. For those who have become fully vaccinated, there is an additional requirement to upload proof of vaccinated status, unless the employee was vaccinated by Sandia Employee Health Services.

### Boosters for vaccinated employees

Sandia management expresses its gratitude and thanks to Sandia members of the workforce who are fully vaccinated. They are encouraged to get boosters. Employee Health Services in New Mexico will offer three booster clinics this month with dates and times announced in the Sandia Daily News.

### Return to work

Due to the surge of the COVID omicron variant, a formal re-entry plan will not be implemented at this time, but managers continue to have the discretion to require their employees to be on-site to meet business and mission requirements.


EXHIBIT C

### Town hall next Wednesday

Deputy Labs Director David Gibson will host a town hall to discuss the latest developments regarding Sandia's approach to help mitigate the spread of COVID-19 from 10:30 a.m.–11:30 a.m. MST Wednesday, Jan. 12. Click here to add the meeting to your Outlook calendar.

© 2022 Sandia National Laboratories

NewsCenter | Inside | Sandia.gov (public) | Lab News Online

Developed by Corporate Web Design & Development.

For technical assistance contact CCHD.



EXHIBIT C