| | |
|---|---|
| From: | Sandia Communications |
| Cc: | Sandia Communications |
| Subject: | Changes to serial testing and quarantine protocols announced, COVID-19 level for Tonopah decreases |
| Date: | Friday, August 12, 2022 2:52:22 PM |
| Attachments: | image001.png |
| | image002.png |



# SPECIAL ANNOUNCEMENT

Aug. 12, 2022

## Changes to serial testing and quarantine protocols announced, COVID-19 level for Tonopah decreases

Beginning today, per CDC guidance, Sandia will pause COVID-19 serial testing for unvaccinated employees who come on-site. In addition, there is no requirement for unvaccinated Sandia personnel to provide proof of a negative COVID-19 test prior to coming on-site. Sandia COVID-19 quarantine protocol has also changed and only those with symptoms should quarantine.

The masking guidance for Sandia/New Mexico in Albuquerque, Sandia/California, SWiFT, the Alaska site, the Kauai Test Facility, Washington, D.C., WETL and Pantex Plant, and the Minnesota site remains the same. The community level at the Tonopah Test Range changed from medium (yellow) to low (green).



EXHIBIT D



To view the additional guidance, including new CDC guidance, associated with each COVID-19 community level (i.e., visitors, meetings, business travel), see the COVID-19 Community Levels Protocols Matrix.

If you're traveling to another site for work, you should comply with the requirements at that site. Refer to the gate signs and digital kiosks in your area.

Questions to Questions@sandia.gov.

© 2022 Sandia National Laboratories

NewsCenter | Inside | Sandia.gov (public) | Lab News Online

Developed by Corporate Web Design & Development.

For technical assistance contact CCHD.

