IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SNL WORKFORCE FREEDOM ALLIANCE, § <br> DAVID PETERSON, JON BROOKS, ANNA § <br> BURNS, JOHN DOE #1, JANE DOE #2, RICKY § <br> ALLEN FERGUSON, § <br>     Plaintiffs, § <br> v. § <br> § <br> NATIONAL TECHNOLOGY AND § <br> ENGINEERING SOLUTIONS OF SANDIA, § <br> LLC d/b/a SANDIA NAT'L LABORATORIES, § <br> HONEYWELL INTERNAT'L, INC. § <br>     Defendants. § | 1:22-cv-1-KWR-SCY |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs SNL Workforce Freedom Alliance, David Peterson, Jon Brooks, Anna Bruns, Jon Doe #1, Jane Doe #2, and Ricky Allen Ferguson hereby dismiss their claims against Defendants National Technology and Engineering Solutions of Sandia LLC d/b/a Sandia National Laboratories and Honeywell International, Inc.

In accordance with Rule 41(a), all parties who have appeared are represented by their signatures below in agreement with this dismissal.

FOR PLAINTIFFS:

*/s/Warren V. Norred*

| | | |
|---|---|---|
| Warren V. Norred, P.E.; <br> warren@norredlaw.com; <br> NORRED LAW, PLLC; <br> 515 East Border Street; <br> Arlington, Texas 76010 <br> 817.704.3984 | N. Ana Garner <br> garnerlaw@yahoo.com <br> 206 W. Main St. <br> Farmington, NM 87401 <br> (505) 930-5170/ | Jonathan Diener <br> jonmdiener@gmail.com <br> P.O. Box 27 <br> Mule Creek, NM 88051 <br> (575) 535-2760 |

FOR HONEYWELL INTERNATIONAL, INC.

/s/ Sara N. Sanchez
Sara N. Sanchez
Rebekah A. Gallegos
Peifer, Hanson, Mullins & Baker, P.A.
Post Office Box 25245
Albuquerque, NM 87125-5245
Telephone: (505) 247-4800
Fax: (505) 243-6458
ssanchez@peiferlaw.com
rgallegos@peiferlaw.com


FOR DEFENDANT NTESS
/s/Michael D. Weil

| | |
|---|---|
| Justin Poore | Michael D. Weil (pro hac vice) |
| National Technology & Engineering | Andrea Fellion (pro hac vice) |
| Solutions of Sandia, LLC, | MORGAN, LEWIS & BOCKIUS LLP |
| d/b/a Sandia National Laboratories | One Market, Spear Street Tower |
| 1515 Eubank SE | San Francisco, CA 94105 |
| Mail Stop 0141 | Tel: (415) 442-1000 |
| Albuquerque, NM 87123-0141 | michael.weil@morganlewis.com |
| Tel: (505) 284-5284; Fax: (505) 844-2363 | andrea.fellion@morganlewis.com |
| jepoore@sandia.gov | |

**CERTIFICATE OF CONFERENCE** – I certify that on September 29, 2022, I circulated this document to all the named counsel, who agreed with the dismissal, resulting in the signatures of all parties who have appeared, in compliance with Rule 41a.

/s/ Warren V. Norred
Warren V. Norred

**CERTIFICATE OF SERVICE -** I certify that on October 4, 2022, I served the foregoing Stipulation of Dismissal through the Court's CM/ECF system.

/s/ Warren V. Norred
Warren V. Norred